O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHI HUNG NGUYEN,<br><br>    Petitioner,<br><br>    v.<br><br>RANDY GROUNDS, WARDEN,<br><br>    Respondent. | NO. SACV 13-0017-GHK (MAN)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). Petitioner has filed no Objections to the Report.

    Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the Petition is DENIED; and (2) Judgment shall be entered dismissing this action with prejudice.

    IT IS SO ORDERED.

DATED: 7/7/15

GEORGE H. KING
UNITED STATES DISTRICT JUDGE