O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHI HUNG NGUYEN,<br>        Petitioner,<br>v.<br>RANDY GROUNDS, WARDEN,<br>        Respondent. | NO. SACV 13-0017-GHK (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 7/7/15

GEORGE H. KING
UNITED STATES DISTRICT JUDGE